# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1415

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| Margarito H. Mendoza, also known as | * District of Nebraska. |
| Mark Mendoza, | * |
| | * [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: April 6, 2000
Filed: April 12, 2000

_____

Before BEAM, HEANEY, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Margarito Mendoza pleaded guilty to conspiring to distribute cocaine, in violation of 21 U.S.C. § 846, and the district court[1] sentenced him to 78 months imprisonment and 5 years supervised release. On appeal, counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), suggesting that Mendoza's Sentencing Guidelines range was incorrectly calculated and therefore that his sentence was excessive.

_____

[1]The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.

We conclude that Mendoza may not challenge his sentence on appeal, as he explicitly and voluntarily exposed himself to that sentence by entering into a plea agreement that contemplated a base offense level of 28, a 3-level role increase, and a 3-level acceptance-of-responsibility decrease--all of which resulted in the 78-97 month Guidelines range he challenges on appeal.  See United States v. Early, 77 F.3d 242, 244 (8th Cir. 1996) (per curiam); United States v. Nguyen, 46 F.3d 781, 783 (8th Cir. 1995).

In accordance with Penson v. Ohio, 488 U.S. 75, 80 (1988), we have reviewed the record for any nonfrivolous issues and have found none.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.